# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**DONNITA BRYANT,**

    **Plaintiff,**

**vs.**                                              **CASE NO. 1:08CV173-MP/AK**

**MICHAEL J. ASTRUE,**

    **Defendant.**

_____/

## O R D E R

Presently before the Court is Defendant's Second Motion for Enlargement of Time. (Doc. 19). Although the Court anticipates that Plaintiff will oppose the extension of time, the Court finds that the fifteen additional days should be **GRANTED**.

Plaintiff's pro se memorandum is not in a format that is helpful to the Court and to assist the Court in determining the relevant issues in this case the Defendant's memorandum will be necessary. Additional time is justified since Plaintiff's memorandum contains no clear issues or citation to the transcript or the law.

**DONE AND ORDERED** this *8th* day of January, 2009.

                                       *s/ A. KORNBLUM*
                                     **ALLAN KORNBLUM**
                                     **UNITED STATES MAGISTRATE JUDGE**